IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEVERLY MORGAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-1557 |
| § | |
| VISION CREDIT SOLUTIONS, LLC, § | |
| § | |
| Defendant. § | |

**ORDER OF PENDING DISMISSAL**

It has come to the attention of this court that this action against Vision Credit Solutions, LLC, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and that 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed by December 15, 2009 this case will be automatically dismissed, without prejudice.

SIGNED on November 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge