**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BEVERLY MORGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-1557 |
| | § | |
| VISION CREDIT SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On November 25, 2009, this court entered an order requiring the plaintiff to file the appropriate motions in this case by December 15, 2009, or the case would be automatically dismissed. No motions were filed and no extension of time was requested. This case is dismissed, without prejudice, for failure to prosecute and for failure to comply with court orders.

SIGNED on January 4, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge